■ STEVE WHITE, Doing Business as LIFE AVIATION CORPORATION, Respondent, v CHURCHILL AERONAUTICAL CORPORATION et al., Defendants, and PHEBE ERDMAN, Appellant. — Appeal from an order of the Supreme Court at Special Term (Bryant, J.), entered July 17, 1981 in Tompkins County, which required a nonparty to appear and be deposed, and denied her application to disqualify

plaintiff's attorney. Order affirmed, with costs (see *L & W Air Conditioning Co. v Varsity Inn of Rochester*, 82 Misc 2d 937, affd 56 AD2d 735). Stay granted by order of this court entered September 10, 1981, vacated. Mahoney, P. J., Sweeney, Kane, Casey and Weiss, JJ., concur.